UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ANDRE PRICE** | **CASE NO. 5:19-CV-01237** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF BOSSIER ET AL** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted, and after finding that Plaintiff's proposed First Amended Complaint [Doc. No. 12-1] would be futile, and for the additional reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 3] is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana this 18th day of March, 2020.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**